John Doyle, as Surviving Partner, etc., Respondent, v. The Trustees and Board of Education of Union Free School District No. 4, of the Town of Kirkland, Oneida County, N. Y., Appellants, Impleaded with Others. Wayne W. Thurston, Respondent, v. Same Defendants, Appellants. Watkyn W. Parry, Respondent, v. Same Defendants, Appellants.—Judgment affirmed, with costs. All concurred. McLennan, J., not sitting.

James R. Beck, Plaintiff, v. The City of Buffalo, Defendant.—Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event. *Held*, that the defendant's negligence and the plaintiff's freedom from negligence were questions of fact for the jury. All concurred, except McLennan, J., dissenting.

The People of the State of New York ex rel. Jay Collins, Respondent, v. John Kraft, as Superintendent of Section No. 11 of the Erie Canal, Appellant. — Order reversed, with costs. *Held*, that the Civil Service Law does not require an agent of the State authorized to employ a man and team to work upon the canals (as one employment) to give preference to a man who owns, or can furnish, a team suitable for such employment, because of the fact that he is an honorably discharged soldier; that the employment contemplated by the statute refers to, and includes only, the personal services of the man and not the services or use of his property which may be necessary or required in the employment. *Held*, also, that in this case the services of the team were a substantial part of the employment and not merely incidental to the services of the man, and that the Civil Service Law has no application. All concurred.

Mary Simon, Respondent, v. William H. Reese, Sheriff of Oneida County, Appellant.—Judgment and order affirmed, with costs. All concurred, except Adams, P. J., dissenting.

Elias Warn, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment affirmed, with costs. *Held*, that the question was one of fact for the jury, and that as the exceptions to the refusals to charge were waived upon the argument, no error appears in the record. All concurred, except McLennan, J., not voting.

Lawrence Wex. Appellant, v. Metropolitan Bank, Respondent. — Judgment affirmed, with costs. All concurred. Laughlin, J., not sitting.

50      621
Case 5
a169 NY 572

50      621
Case 4
a171 NY 577

50e 621
s163a 525